IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-753-RJC-DCK

| | |
|---|---|
| PHEOMA G. PRAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SUNSTATES SECURITY, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Motion For Entry Of Consent Protective Order" (Document No. 8) filed March 31, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Motion For Entry Of Consent Protective Order" (Document No. 8) is **GRANTED**.

Signed: April 3, 2017

David C. Keesler
United States Magistrate Judge